UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED

MAR 21 2024

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                          INDICTMENT NO. 5:24-cr-26-kkc-mas

MAURICE A. CURRY

\*   \*   \*   \*

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 1951

At all times material to this Indictment, Lex Liquor, located at Richmond Road, in Lexington, Fayette County, was engaged in selling a variety of consumable goods, including cigarettes and alcoholic beverages, in commerce and operated in an industry which affects interstate commerce.

On or about September 10, 2023, in Fayette County, in the Eastern District of Kentucky,

**MAURICE A. CURRY**

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay, and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that **MAURICE A. CURRY** did unlawfully take and obtain property consisting of United

States currency from the person of or in the presence of a store clerk(s) working at Lex

Liquor store, against his/her will by means of actual and threated force, violence, and fear

of injury, immediate and future, his/her person, that is by taking United States currency

from the store by threatening him or her with actual or threatened use of force and/or injury,

that is, by taking United States currency from the store while armed with a firearm, all in

violation of 18 U.S.C. § 5032 and 18 U.S.C. § 1951.

## COUNT TWO
### 18 U.S.C. § 1951

At all times material to this Indictment, Speedway gas and convenience store,

located at Tates Creek Road, in Lexington, Fayette County, was engaged in selling a variety

of consumable goods, including food items, beverages, cigarettes and alcoholic beverages,

in commerce and operated in an industry which affects interstate commerce.

On or about September 10, 2023, in Fayette County, in the Eastern District of

Kentucky,

**MAURICE A. CURRY**

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay, and affect,

commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and

commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in

that **MAURICE A. CURRY** did unlawfully take and obtain property consisting of United

States currency from the person of or in the presence of a store clerk(s) working at

Speedway gas and convenience store, against his/her will by means of actual and threated

force, violence, and fear of injury, immediate and future, his/her person, that is by taking

United States currency from the store by threatening him or her with actual or threatened use of force and/or injury, that is, by taking United States currency from the store while armed with a firearm, all in violation of 18 U.S.C. § 5032 and 18 U.S.C. § 1951.

### COUNT THREE
**18 U.S.C. § 1951**

At all times material to this Indictment, Katz Food Mart, located at Georgetown Road, in Frankfort, Franklin County, was engaged in selling a variety of consumable goods, including food, beverages, cigarettes and alcoholic beverages, in commerce and operated in an industry which affects interstate commerce.

On or about September 10, 2023, in Franklin County, in the Eastern District of Kentucky,

**MAURICE A. CURRY**

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay, and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that **MAURICE A. CURRY** did unlawfully take and obtain property consisting of United States currency from the person of or in the presence of a store clerk(s) working at Katz Food Mart, against his/her will by means of actual and threated force, violence, and fear of injury, immediate and future, his/her person, that is by taking United States currency from the store by threatening him or her with actual or threatened use of force and/or injury, that is, by taking United States currency from the store while armed with a firearm, all in violation of 18 U.S.C. § 5032 and 18 U.S.C. § 1951.

## COUNT FOUR
### 18 U.S.C. § 1951

At all times material to this Indictment, Shell gas and convenience store, located at Versailles Road, in Frankfort, Franklin County, was engaged in selling a variety of consumable goods, including food, beverages, cigarettes and alcoholic beverages, in commerce and operated in an industry which affects interstate commerce.

On or about September 10, 2023, in Franklin County, in the Eastern District of Kentucky,

### MAURICE A. CURRY

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay, and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that **MAURICE A. CURRY** did unlawfully take and obtain property consisting of United States currency from the person of or in the presence of a store clerk(s) working at Shell gas and convenience store, against his/her will by means of actual and threated force, violence, and fear of injury, immediate and future, his/her person, that is by taking United States currency from the store by threatening him or her with actual or threatened use of force and/or injury, that is, by taking United States currency from the store while armed with a firearm, all in violation of 18 U.S.C. § 5032 and 18 U.S.C. § 1951.

## COUNT FIVE
### 18 U.S.C. § 1951

At all times material to this Indictment, Walgreen drug store, located at Versailles Road, in Frankfort, Franklin County, was engaged in selling a variety of consumable goods,

including food, beverages, and cigarettes, in commerce and operated in an industry which affects interstate commerce.

On or about September 10, 2023, in Franklin County, in the Eastern District of Kentucky,

**MAURICE A. CURRY**

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay, and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that **MAURICE A. CURRY** did unlawfully take and obtain property consisting of United States currency from the person of or in the presence of a store clerk(s) working at Walgreen's drug store, against his/her will by means of actual and threated force, violence, and fear of injury, immediate and future, his/her person, that is by taking United States currency from the store by threatening him or her with actual or threatened use of force and/or injury, that is, by taking United States currency from the store while armed with a firearm, all in violation of 18 U.S.C. § 5032 and 18 U.S.C. § 1951.

### <u>COUNT SIX</u>
### 18 U.S.C. § 924(c)(1)(A)

On or about September 10, 2023, in Fayette County, in the Eastern District of Kentucky,

**MAURICE A. CURRY**

did knowingly carry and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is robbery affecting

interstate commerce, all in violation of 18 U.S.C. § 1951, as alleged in Count Two of this Indictment, and possessed the firearm in furtherance of said crime, and said firearm was brandished, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT SEVEN
### 18 U.S.C. § 924(c)(1)(A)

On or about September 10, 2023, in Franklin County, in the Eastern District of Kentucky,

### MAURICE A. CURRY

did knowingly carry and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is robbery affecting interstate commerce, all in violation of 18 U.S.C. § 1951, as alleged in Count Three of this Indictment, and possessed the firearm in furtherance of said crime, and said firearm was brandished, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT EIGHT
### 18 U.S.C. § 924(c)(1)(A)

On or about September 10, 2023, in Franklin County, in the Eastern District of Kentucky,

### MAURICE A. CURRY

did knowingly carry and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is robbery affecting interstate commerce, all in violation of 18 U.S.C. § 1951, as alleged in Count Four of this Indictment, and possessed the firearm in furtherance of said crime, and said firearm was brandished, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT NINE
### 18 U.S.C. § 924(c)(1)(A)

On or about September 10, 2023, in Franklin County, in the Eastern District of Kentucky,

**MAURICE A. CURRY**

did knowingly carry and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is robbery affecting interstate commerce, all in violation of 18 U.S.C. § 1951, as alleged in Count Five of this Indictment, and possessed the firearm in furtherance of said crime, and said firearm was brandished, all in violation of 18 U.S.C. § 924(c)(1)(A).

**A TRUE BILL**

**FOREPERSON**

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 - 5:** Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNTS 6 - 9:** Not less than 7 years imprisonment and not more than life imprisonment consecutive to any other sentence, not more than $250,000 fine, and not more than 5 years supervised release.

**PLUS:** Forfeiture, if applicable.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.