UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No.  5:24-CR-26-KKC-MAS-1          At  Lexington          Date  May 14, 2026

USA vs Maurice A. Curry          X  present   X  custody ____ bond ____ OR   Age ____

DOCKET ENTRY:  The parties appeared for sentencing as noted. The Court adopts the factual findings and the advisory guideline applications that are set forth in the Presentence Report. The Court GRANTS the government's oral motion to dismiss count 7 of the Indictment. The Court GRANTS the Defendant's Motion for Downward Variance (DE #57) in as much that the sentence as announced was a variance. There were no objections to the sentence as stated.

PRESENT:   HON. KAREN K.  CALDWELL, U.S. DISTRICT JUDGE

| Kimberly Marsh | Lauren Gootee | Cynthia T. Rieker |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft      Abraham Mashni      X  present      ____ retained      X  appointed

PROCEEDINGS:  **SENTENCING** (Non-Evidentiary)

_____      Objections to Presentence Report.

   X      No objections to Presentence Report.

_____      The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

   X      Court's Advice of Right to Appeal provided to defendant.

   X      Transcript shall be deemed as written findings of Court.

   X      Judgment shall be entered (See Judgment & Commitment.)

_____      Defendant to remain on bond and on conditions of release previously imposed.

   X      Defendant remanded to custody of the USM.

Copies:  COR, USP, USM

Initials of Deputy Clerk      km
TIC:/28